UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ZEN MING CHEN,** *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> -against- <br><br> **YUMMY SUSHI 1ST AVE, INC., et al.,** <br><br> Defendants. | **17-CV-786 (ALC)(JLC)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of the Court's Memorandum and Order granting approval of the parties' settlement at ECF No. 70, this case is hereby terminated. The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

Dated: **March 29, 2023**
      New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**